# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAUL CAMPOS, | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-CV-00895-S-BT |
| INTEGRITY MORTGAGE CORPORATION OF TEXAS and PENNYMAC LOAN SERVICES, LLC | § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated September 9, 2019. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

1